IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:10-CV-169-FL

| | |
|---|---|
| KATHY KAMARA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER TO SEAL |
| ) | DOCUMENT NUMBER 39 |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of ) | |
| Social Security ) | |
| ) | |
| Defendant. ) | |
| ) | |

Upon Motion of the Defendant to seal Document Number 39, which contains records from a different plaintiff's case, and which were mistakenly filed by the Commissioner in this case, it is hereby

ORDERED that all the documents filed as Document Number 39 be Sealed.

This 28th day of July, 2010.

LOUISE W. FLANAGAN
CHIEF UNITED STATES DISTRICT JUDGE