UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

KATHY ELIZABETH KAMARA,    )
                           )
            Plaintiff,     )
                           )
v.                         )    **JUDGMENT**
                           )
MICHAEL J. ASTRUE,         )    No. 5:10-CV-169-FL
Commissioner of Social Security, )
                           )
            Defendant.     )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, Chief United States District Judge, for consideration of defendant's Motion to Dismiss for Lack of Jurisdiction and defendant's Motion to Remand.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's orders entered on March 17, 2011 and October 3, 2011, that defendant's Motion to Dismiss for Lack of Jurisdiction is denied without prejudice and defendant's Motion to Remand is granted. The court reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and § 1383 (c)(3) and remands the cause to the Commissioner for further proceedings.

**This Judgment Filed and Entered on October 4, 2011, and Copies To:**

Cynthia M. Currin (via CM/ECF Notice of Electronic Filing)
Mary Ellen Russell (via CM/ECF Notice of Electronic Filing)


October 4, 2011                DENNIS P. IAVARONE, CLERK
                                 /s/ Christa N. Baker
                               (By) Christa N. Baker, Deputy Clerk